United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GEORGE RED,

        Plaintiff,

    v.

QUINCY HECK,

        Defendant.

Case No. 20-cv-02853-JD

**ORDER GRANTING EXTENSION**

Re: Dkt. No. 10

Plaintiff's request for an extension of time (Docket No. 10) is granted.  In light of the current public health crisis, an amended complaint shall be filed by September 16, 2020.

**IT IS SO ORDERED.**

Dated: July 31, 2020

JAMES DONATO
United States District Judge